IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIRST LOOK MEDIA WORKS, INC.** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) Civ. A. No. 18-0929 (BAH) |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** | ) ) ) |
| **Defendant.** | ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by undersigned counsel, hereby stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses except to the extent provided in the previously filed Stipulation of Settlement for Costs and Attorneys' Fees (ECF No. 24).

Respectfully submitted,

| | |
|---|---|
| /s/ Matthew E. Kelley | JESSIE K. LIU, D.C. BAR #472845 |
| Jay Ward Brown | United States Attorney |
| D.C. BAR No. 437686 | |
| Matthew E. Kelley | DANIEL F. VAN HORN, D.C. BAR # 924092 |
| D.C. BAR No. 1018126 | Civil Chief |
| BALLARD SPAHR LLP | |
| 1909 K Street, NW | |
| Washington, D.C. 20006-1157 | By:  /s/ |
| Phone: (202) 508-1136 | JEREMY S. SIMON, D.C. BAR #447956 |
| Fax:  (202) 661-2299 | Assistant United States Attorney |
| brownjay@balladspahr.com | 555 4th Street, N.W. |
| kelleym@ballardspahr.com | Washington, D.C. 20530 |
| | (202) 252-2528 |
| *Counsel for Plaintiff* | Jeremy.simon@usdoj.gov |
| | *Counsel for Defendant* |